DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANAY GONZALEZ,**
Appellant,

v.

**ANDY HO,**
Appellee.

No. 4D2025-3338

[August 6, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kathleen Mary McHugh, Judge; L.T. Case No. 062025CC070394AXXXCE.

Danay Gonzalez, Miramar, pro se.

Alejandro L. Sixto of Sixto & Associates, P.A., Opa-Locka, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***